IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. DNCW3:02CR156-7 |
| ) | (Financial Litigation Unit) |
| WILLIE JAMES GREEN, ) | |
| ) | |
| and ) | |
| ) | |
| HARRIS VENTURES, INC., ) | |
| Garnishee. ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Harris Ventures, Inc. as Garnishee. On October 16, 2003, U.S. District Judge Lacy H. Thornburg sentenced Defendant to eighteen months imprisonment on his conviction for Making False Statements, Passing Counterfeit Mortgage Notes and Aiding & Abetting in violation of 18 U.S.C. § 1010 & 2. Judgment in the criminal case was filed on November 3, 2003 (Docket No. 205). As part of that Judgment, Defendant was ordered to pay an assessment of $100 and restitution of $10,000,000.00 to the victims of the crime. Id.

On August 30, 2012, the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 436) to Garnishee, Harris Ventures, Inc. ("Garnishee"). The United States is entitled to a wage garnishment of up to twenty-five per cent of net income and has satisfied the prerequisites set forth in 15 U.S.C. § 1673. Garnishee was served with the Writ on September 14, 2012. Defendant was served with the Writ on September 18, 2012. Garnishee filed an Answer on September 24, 2012 (Docket No. 440) stating that at the time of the service of the Writ, Garnishee had in their custody, control or possession property or funds owned by Defendant, including non-exempt disposable earnings.

**IT IS THEREFORE ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $4,909,245.78 computed through August 29, 2012. Garnishee will pay the United States twenty-five per cent of Defendant's net earnings which remain after all deductions required by law have been withheld, and one hundred per cent of all 1099 payments, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full, or until Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further order of this Court.

Payments shall be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, North Carolina 28202. In order to ensure that each payment is credited properly, the following information should be included on each check: Court Number DNCW3:02CR156-7.

Plaintiff will submit this debt to the Treasury Department for inclusion in the Treasury Offset Program. Under this program any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**. Signed: October 16, 2012

David S. Cayer
United States Magistrate Judge